IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**RICHARD EARL PARKMAN, #R7102**                                    **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO.  3:05cv777TSL-JCS**

**GERALD GREER**                                                    **DEFENDANT**

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  14th   day of August, 2006.


                                                   /s/Tom S. Lee
                                                UNITED STATES DISTRICT JUDGE